## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESUS OCHOA., | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION: CIV-16-1166-W |
| | § |
| UNION STANDARD INSURANCE | § |
| GROUP, LLC | § |
| | § |
| ACADIA INSURANCE GROUP, LLC | § |
| | § |
| ACADIA INSURANCE COMPANY, | § |
| | § |
| Defendants. | § |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Union Standard Insurance Group, LLC, Acadia Insurance Group, LLC, and Acadia Insurance Company (collectively "Defendants") in the above referenced cause, and pursuant to 28 U.S.C. § 1446 and LCvR 81.2, file this Notice of Removal.

Defendants would show the Court the following:

1.      Plaintiff filed this suit in the District Court of Oklahoma County, State of Oklahoma on July 14, 2016 against Defendants in Cause No. CJ-2016-3542.  Plaintiff served Defendants by serving the Oklahoma Insurance Commissioner on September 8, 2016. Defendants filed an Entry of Appearance and Reservation of time to Answer on Wednesday September 28, 2016.  This Notice of Removal is therefore timely filed within thirty (30) days of service of Plaintiff's Petition pursuant to 28 U.S.C. § 1446(b).

2.      This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441,

because the case is a civil action between citizens of different states wherein the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3.      Defendants have filed this Notice of Removal through the undersigned counsel and Defendants all jointly consent to removal.

## BASIS FOR REMOVAL

4.      There is complete diversity of the parties.  Plaintiff is a resident of Canadian County, State of Oklahoma. Under applicable law, Plaintiff is (both now and when this action was filed) a citizen of the state of Oklahoma.  Defendant Union Standard Insurance Group, LLC is a limited liability company formed under the laws of the state of Delaware with its principal place of business at 222 Las Colinas Blvd. W., Suite 1300, Irving, Texas 75039.  Defendant Acadia Insurance Group, LLC is a limited liability company formed under the laws of Delaware with a principal place of business at One Acadia Commons, Westbrook, Maine, 04092. Defendant Acadia Insurance Company is a corporation formed under the laws of the state of New Hampshire with a principal place of business One Acadia Commons, Westbrook, Maine, 04092.  Under applicable law, all Defendants (both now and when this action was filed) are citizens of the state of Delaware, New Hampshire, Maine, and Texas.

5.      Because Plaintiff is a citizen of Oklahoma and Defendants are citizens of Delaware, New Hampshire, Maine and Texas, complete diversity of citizenship exists between the parties pursuant to 28 U.S.C. § 1332.

6.      The amount in controversy exceeds $75,000.00 in this case. In his original Petition, Plaintiff asserts he has suffered harms and losses in excess of $75,000.00 and Plaintiff also seeks punitive damages in excess of $75,000.00.

7.      Pursuant to 28 U.S.C. § 1446(a) and LCvR 81.2, copies of all process, pleadings and orders served upon Defendants, together with a copy of the docket sheet from the Oklahoma County District Court, ate attached as Exhibits 1-4.  The docket sheet in Oklahoma County Case No. CJ-2016-3542 is Exhibit 1; Plaintiff's Petition is Exhibit 2; Summons served upon the Oklahoma Insurance Commissioner is Exhibit 3; Defendants' Entry of Appearance and Reservation of Additional Time in Which to Further Answer or Plead is Exhibit 4.

8.      Promptly after the filing of this Notice of Removal, Defendants shall give written notice of the removal to Plaintiff, through its attorney of record and to the clerk of the state court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action now pending against it in the District Court of Oklahoma County, State of Oklahoma, be removed to the United States District Court for the Western District of Texas, as an action properly removable thereto and seeks all other relief it may be entitled to.

Respectfully submitted,

s/ Allison J. Maynard
Allison J. Maynard
Oklahoma State Bar No. 19675
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75202
(214) 698-8000 (Telephone)
(214) 698-1101 (Facsimile)
Allison.Maynard@wilsonelser.com

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

ATTORNEY FOR DEFENDANTS UNION
STANDARD INSURANCE GROUP, LLC,
ACADIA INSURANCE GROUP, LLC,
AND ACADIA INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of October, 2016, a true and correct copy of the above and foregoing was served by facsimile and first class mail as follows:

*Via Facsimile 800-418-8210*
*and First Class Mail*
John Branum
Jay Mitchel
Branum Law Firm, PLLC
7701 South Western Ave., Suite 205
Oklahoma City, OK  73139

*Via Facsimile 405-232-1849*
*and First Class Mail*
Michael Hill
Michael Hill, PLLC
308 NW 13th Street, Suite 100
Oklahoma City, OK  73103

ATTORNEYS FOR PLAINTIFF

s/ Allison J. Maynard
Allison J. Maynard